IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BLANCHE J. CRUZ, | ) | 1:09cv0347 DLB |
| | ) | |
| | ) | STIPULATION AND ORDER |
| | ) | DISMISSING ACTION WITH |
| Plaintiff, | ) | PREJUDICE |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) | |
| | ) | |
| Defendant. | ) ) | |

Pursuant to the parties' stipulation to dismiss filed on August 25, 2009, this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

**Dated:   August 31, 2009**                           **/s/ Dennis L. Beck**
                                            UNITED STATES MAGISTRATE JUDGE

1